IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAIʻI

| | |
|---|---|
| GINETTE PAONESSA PERSIN,<br><br>Plaintiff,<br><br>vs.<br><br>CLINT R. MATHEWS and FUNDING FORCE, LLC,<br><br>Defendants. | Civil No. 25-00001 MWJS-KJM<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATION TO DENY PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT |

### ORDER ADOPTING FINDINGS AND RECOMMENDATION TO DENY PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT

Findings and Recommendation having been filed on August 25, 2025, served on all parties, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to 28 U.S.C. § 636(b)(1) and Local Rule 74.1, the Findings and Recommendation to Deny Plaintiff's Motion for Default Judgment on the Complaint Filed January 2, 2025, *see* Dkt. No. 34, are adopted as the opinion and order of this court.

IT IS SO ORDERED.

DATED: September 12, 2025, at Honolulu, Hawaiʻi.



/s/ Micah W.J. Smith
_____
Micah W.J. Smith
United States District Judge