IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAIʻI

| | |
|---|---|
| GINETTE PAONESSA PERSIN,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>CLINT R. MATHEWS; FUNDING FORCE, LLC,<br><br>　　　　Defendants. | Civil No. 25-00001 MWJS-KJM<br><br>ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION TO DENY PLAINTIFF'S RENEWED MOTION FOR DEFAULT JUDGMENT ON THE COMPLAINT FILED JANUARY 2, 2025 |

### ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION TO DENY PLAINTIFF'S RENEWED MOTION FOR DEFAULT JUDGMENT ON THE COMPLAINT FILED JANUARY 2, 2025

Findings and Recommendation having been filed and served on all parties on October 30, 2025, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to 28 U.S.C. § 636(b)(1)(C) and Local Rule 74.1, the Magistrate Judge's Findings and Recommendation to Deny Plaintiff's Renewed Motion for Default Judgment on the Complaint Filed January 2, 2025, are adopted as the opinion and order of this court.

//

//

//

//

IT IS SO ORDERED.

DATED:  November 14, 2025, at Honolulu, Hawaiʻi.



/s/ Micah W.J. Smith
_____
Micah W.J. Smith
United States District Judge

---

Civil No. 25-00001 MWJS-KJM, *Persin v. Mathews et al*; ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION TO DENY PLAINTIFF'S RENEWED MOTION FOR DEFAULT JUDGMENT ON THE COMPLAINT FILED JANUARY 2, 2025